IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 99-cv-00503-MSK-CBS

Melvin Bowman,
    Plaintiff(s),

vs.

Donice Neal, Warden, et al.,
    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 9 2007

GREGORY C. LANGHAM
    CLERK

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 9th day of May, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

## CERTIFICATE OF SERVICE

99-cv-00503-MSK-CBS

      I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on May 9, 2007.

Arapahoe County Justice Center
7305 South Potomac Street, Suite # 201
Centennial, Colorado 80112

Joe O'Hara, Deputy Clerk